## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Bacone College** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 3 – 0 5 9 0 0 3 6 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 2299 Old Bacone Rd <br> Number    Street <br><br> Muskogee, OK 74403-1568 <br> City          State    ZIP Code <br><br> Muskogee <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> City          State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City          State    ZIP Code |
| **5. Debtor's website (URL)** | https://www.bacone.edu/ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6  1  1  3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                 MM / DD / YYYY

           District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____
        District _____ When _____
                                               MM / DD / YYYY
        Case number, if known _____

Official Form 201    Case 24-80487   Doc 1   Filed 06/21/24   Entered 06/21/24 15:02:50   Desc Main    page **2**
                  Voluntary Petition for Non-Individuals Filing for Bankruptcy
                        Document    Page 2 of 20

Debtor  **Bacone College**    Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number  Street<br>_____<br>City    State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>Contact name _____<br>Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **Bacone College**  
Name

Case number *(if known)*

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2024**
MM/ DD/ YYYY

X **/s/ Josh Johns**
Signature of authorized representative of debtor

**Josh Johns**
Printed name

Title **Board Member**

**18. Signature of attorney**

X **/s/ Ron Brown**
Signature of attorney for debtor

Date **06/21/2024**
MM/ DD/ YYYY

**Ron Brown**
Printed name

**Brown Law Firm PC**
Firm name

**1609 E. 4th St.**
Number     Street

**Tulsa**        **OK**      **74120**
City            State       ZIP Code

**(918) 585-9500**           **ron@ronbrownlaw.com**
Contact phone                Email address

**16352**                    **OK**
Bar number                   State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AT&T<br>819 W Shawnee Byp<br>Muskogee, OK 74401 | | None | | | | $32,349.58 |
| 2 | BIGGSMITTY. LLC<br>c/o Stephen Smitherman<br>7820 PEARL STREET<br>Wheatland, OK 73097 | Stephen Smitherman | None | | | | $82,300.00 |
| 3 | City of Muskogee<br>229 W Okmulgee St<br>Muskogee, OK 74401-7033 | | None | | | | $55,184.16 |
| 4 | Ecolab Inc.<br>1833 S Morgan Rd<br>Oklahoma City, OK 73128-7004 | C T CORPORATION<br>(800) 352-5326<br>institutionalorders@ecolab.com | None | | | | $84,616.76 |
| 5 | FA Solutions LLC<br>600 1st Ave N Ste 302<br>St Petersburg, FL 33701-3609 | | None | | | | $60,955.26 |
| 6 | Firstar Bank<br>510 N Main St<br>Muskogee, OK 74401-6345 | | None | | | | $73,000.00 |
| 7 | Internal Revenue Service<br>55 N Robinson Ave<br>Oklahoma City, OK 73102-9226 | | | | | | $57,714.10 |
| 8 | Liberty Mutual Insurance<br>PO Box 91013<br>Chicago, IL 60680 | | Insurance Policy | | | | $82,446.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MBS Direct LLC<br>2711 W Ash St<br>Columbia, MO 65203-4613 | | None | | | | $57,247.27 |
| 10 | OG&E<br>c/o H Sultemeier<br>321 N Harvey Ave Mc 1105<br>Oklahoma City, OK 73102-3405 | William H. Sultemeier<br>(800) 272-9741 | None | | | | $86,830.72 |
| 11 | Ohio Security Insurance Company<br>175 Berkeley St<br>Boston, MA 02116-5066 | | Muskogee County CJ 2023-210 | | | | $82,446.00 |
| 12 | Oklahoma Natural Gas<br>Po Box 401<br>Oklahoma City, OK 73101-0401 | C T CORPORATION<br>(800) 664-5463<br>questions@oklahomanaturalgas.com | None | | | | $90,884.01 |
| 13 | Optimum<br>2510 Elliott St<br>Muskogee, OK 74403-3958 | Alfred Scott<br>(866) 347-4784 | None | | | | $92,131.65 |
| 14 | Phil Givens Company<br>19918 E 766 Rd<br>Tahlequah, OK 74464-0526 | Phil Givens<br>(918) 456-9329 | None | | | | $31,350.00 |
| 15 | Phillips Family Catering LLC<br>17488 W 925 Rd<br>Park Hill, OK 74451 | Justin Matthew Phillips | None | | | | $28,586.10 |
| 16 | Pipestem Law P.C<br>401 S Boston Ave Ste 2200<br>Tulsa, OK 74103-4058 | Wilson Pipestem<br>(703) 980-2262<br>wkpipestem@pipestemlaw.com | None | | | | $445,511.17 |
| 17 | Stewart 360<br>1918 W 36th Ave<br>Kansas City, KS 66103-2103 | | None | | | | $33,885.00 |
| 18 | TaskStream by Watermark<br>BN: Quarry Oaks II<br>10900 Stonelake Blvd Ste 350<br>Austin, TX 78759-5795 | | None | | | | $33,000.00 |
| 19 | Thesis America, Inc.<br>120 S Central Ave<br>Saint Louis, MO 63105-1705 | Sam Riccio<br>(647) 525-9986<br>sam@ricciogroup.com | None | | | | $86,631.71 |
| 20 | United Keetoowah Band Corp<br>18263 W Keetoowah Cir<br>Tahlequah, OK 74464-3492 | Bryan Little<br>(918) 871-2805<br>alocust@ukb-nsn.gov | None | | | | $170,332.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**
**OKMULGEE DIVISION**

IN RE: **Bacone College**  CASE NO

 CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **06/21/2024**    Signature  **/s/ Josh Johns**
 Josh Johns, Board Member

A-1 Auto Repair
c/o E Brewer, Sr
110 Douglas St
Muskogee, OK 74401-4165

AAdvantage Laundry Systems
7626 E 46th Pl
Tulsa, OK 74145-6308

Aceco Rentals & Sales, Inc.
c/o David Russell
1125 W Shawnee St
Muskogee, OK 74401-3405

ACME-Reese Air Conditioning
304 Callahan St
Muskogee, OK 74403-5128

AlumniSync
Po Box 2309
Mt Pleasant, SC 29465-2309

Amanda Seney
6005 Nw 54th St
Oklahoma City, OK 73122-6003

American Baptist Home Mission Society
1075 First Avenue
King of Prussia, PA 19406

American Document Shredding, LLC
c/o D Herneisen
7254 E 38th St
Tulsa, OK 74145-3230

Arctic Sales & Leasing  
7890 E 11th St  
Tulsa, OK 74112-5738

AT&T  
819 W Shawnee Byp  
Muskogee, OK 74401

Balackbaud  
65 Fairchild St  
Daniel Island, SC 29492-7505

Barrow & Grimm, PC  
110 W Seventh Street, Suite 900  
Tulsa, OK 74119-0000

Beam Insurance Administrators, LLC  
10300 Greenbriar Pl  
Oklahoma City, OK 73159-7653

Berman & Rabin PA  
2575 Kelley Pointe Pkwy Suite 100  
Edmond, OK 73013

Bethany College  
31 E Campus Dr  
Bethany, WV 26032-3002

BIGGSMITTY. LLC  
c/o Stephen Smitherman  
7820 PEARL STREET  
Wheatland, OK 73097

BSN Sports, LLC
624 S Denver Ave Ste 300
Tulsa, OK 74119-1075

C&C Cooling
4629 W Rogers Blvd Ste A
Skiatook, OK 74070-3922

City of Muskogee
229 W Okmulgee St
Muskogee, OK 74401-7033

College Tournaments Hawaii, LLC
190 Ke Ala Nohana Rd #22B
Honolulu, HI 96817

Community Care HMO, Inc
c/o G. Gill
2 W 2nd St Ste 100
Tulsa, OK 74103-3121

Corectec
PO Box 7275
Athens, GA 30604

Discount Tires
c/o Mike Wiseman
503 N 32nd St
Muskogee, OK 74401-2004

DMI Restoration Inc.
7122 S Sheridan Rd # 451
Tulsa, OK 74133-2774

Ecolab Inc.
1833 S Morgan Rd
Oklahoma City, OK 73128-7004

Elsevier Inc
201 Se 2nd Ave Ste 201
Gainesville, FL 32601-5808

eMobileCampus
325 W Capitol Ave Ste 200
Little Rock, AR 72201-3552

Endex, Inc., of Tulsa
c/o E. Moore
10827 E Marshall St Ste 107
Tulsa, OK 74116-5663

FA Solutions LLC
600 1st Ave N Ste 302
St Petersburg, FL 33701-3609

Federal Student Aid
A Division of the US Dept of Education
830 First Street NE
Washington, DC 20002-8019

Felkner Sanders and Associates
3033 NW 63rd Street Suite 100E
Oklahoma City, OK 73116

Firstar Bank
510 N Main St
Muskogee, OK 74401-6345

FleetCor Technologies, Inc.
3280 Peachtree Rd Ne Ste 2400
Atlanta, GA 30305-2453

G4 SSL Bat Testing Solutions, LLC
1947 Crestview Dr
Moscow, ID 83843-9657

GE Money Bank/ Amazon
901 Main Ave
Norwalk, CT 06851-1168

Huntington LLC
c/o J. Morgan
303 Linwood Ave
Fairfield, CT 06824-4900

Internal Revenue Service
55 N Robinson Ave
Oklahoma City, OK 73102-9226

J2 Global Canada
New York, NY 10011

Jason Seney
4127 E 130th Pl N
Skiatook, OK 74070-3599

Johnstone Supply
c/o A Temple
1640 E Kemper Rd
Cincinnati, OH 45246-2806

Kanati Strategies, LLC
25981 E 161st St S
Coweta, OK 74429-5313


Kone Inc.
3701 Sw 29th St
Oklahoma City, OK 73119-1248


Laundauer, Inc.
2 Science Rd
Glenwood, IL 60425-1531


Lexipol Services
2611 Internet Blvd Ste 100
Frisco, TX 75034-9085


Liberty Mutual Insurance
PO Box 91013
Chicago, IL 60680


Locke Supply Co.
Po Box 24980
Oklahoma City, OK 73124-0980


Marvin's Mowers and Outdoor LLC
c/o W Seabolt
2000 N York St
Muskogee, OK 74403-1455

Mayes Auto Repair
136 Iola St
Muskogee, OK 74401-4457

MBS Direct LLC  
2711 W Ash St  
Columbia, MO 65203-4613

McIntosh Service LLC  
Po Box 472208  
Tulsa, OK 74147-2208

MedPro Waste Disposal  
1751 W Diehl Rd Ste 400  
Naperville, IL 60563-4914

MHEC, LLC  
c/o E Harper, Jr  
110 W 7th St  
Tulsa, OK 74119-1031

Muskogee City County  
Enhanced 911 Trust Authority  
Po Box 1911  
Muskogee, OK 74402-1911

Muskogee Golf Club  
2400 N Country Club Road  
Muskogee, OK 74403

Mutual of Omaha  
3300 Mutual of Omaha Plz  
Omaha, NE 68175-1004

NAIA  
120 W 12th St Ste 700  
Kansas City, MO 64105-1940

National Bus Sales
c/o A Henshaw
8649 S Regency Dr
Tulsa, OK 74131-3626

Oak Hall Industries
Po Box 1078
Salem, VA 24153-1078

OG&E
c/o H Sultemeier
321 N Harvey Ave Mc 1105
Oklahoma City, OK 73102-3405

Ohio Security Insurance Company
175 Berkeley St
Boston, MA 02116-5066

Oil Express
101 E Okmulgee St
Muskogee, OK 74403-5452

Okie Flow Fitness
2910 S York St
Muskogee, OK 74403-8881

Oklahoma Employment Security Commission
Po Box 52003
Oklahoma City, OK 73152-2003

Oklahoma Labor Law
409 Ne 28th St Fl 3
Oklahoma City, OK 73105-4215

Oklahoma Labor Law Posters  
23855 Gosling Rd  
Spring, TX 77389-3742

Oklahoma Natural Gas  
Po Box 401  
Oklahoma City, OK 73101-0401

Oklahoma Tax Commission  
2501 N Lincoln Blvd  
Oklahoma City, OK 73105-4508

OneNet  
655 Research Pkwy Ste 150  
Oklahoma City, OK 73104-6276

Optimum  
2510 Elliott St  
Muskogee, OK 74403-3958

O'Reilly Automotive  
1833 S Morgan Rd  
Oklahoma City, OK 73128-7004

Phil Givens  
318 N F St  
Muskogee, OK 74403

Phil Givens  
19918 E 766 Rd  
Tahlequah, OK 74464-0526

Phil Givens Co
19918 E 766 Rd
Tahlequah, OK 74464-0526

Phil Givens Company
19918 E 766 Rd
Tahlequah, OK 74464-0526

Phillips Family Catering LLC
17488 W 925 Rd
Park Hill, OK 74451

Pipestem Law P.C
401 S Boston Ave Ste 2200
Tulsa, OK 74103-4058

Pitney Bowes
3001 Summer St
Stamford, CT 06905-4317

Pitney Bowes Inc.
3001 Summer St
Stamford, CT 06926

Posey County Treasurer
126 E 3rd St Rm 211
Mount Vernon, IN 47620-1876

PrestoSports, LLC
726 N Greenfield Rd
Gilbert, AZ 85234-5061

Restaurant Technologies, Inc.
2250 Pilot Knob Rd Ste 100
Saint Paul, MN 55120-1127

Reynolds, Riding, Vogt & McCart
Suite 1010
101 Park Avenue
Oklahoma City, OK 73102-0000

Ricoh Ge Capital
300 Eagleview Blvd Ste 200
Exton, PA 19341-1155

Riggs, Abney, Neal, Turpen, Orbison & Le
Po Box 470248
Tulsa, OK 74147-0248

Scrip-Safe Security Products
136 Commerce Dr
Loveland, OH 45140-7726

Southern Labware
Po Box 1671
Cumming, GA 30028-1671

State of Oklahoma Unemployment Employment Security Commission
PO Box Box 52003
Oklahoma City, OK 73152

Stewart 360
1918 W 36th Ave
Kansas City, KS 66103-2103

TaskStream by Watermark
BN: Quarry Oaks II
10900 Stonelake Blvd Ste 350
Austin, TX 78759-5795

Thesis America, Inc.
120 S Central Ave
Saint Louis, MO 63105-1705

Tinker Federal Credit Union
Po Box 45750
Oklahoma City, OK 73145-0000

Trajecsys Corporation
1800 Mendon Rd Ste E-219
Cumberland, RI 02864-4391

United Keetoowah Band Corp
18263 W Keetoowah Cir
Tahlequah, OK 74464-3492

Vision Service Plan
1106 Classen Dr Ste 205
Oklahoma City, OK 73103-2608

Wells Fargo Vendor Financial
211 N Robinson Ave Ste N1600
Oklahoma City, OK 73102-7113

West Termite and Pest Control
2320 W. Shawnee St.
Muskogee, OK 74401

Williams Boren & Associates PC
Suite 200
401 North Hudson
Oklahoma City, OK 73102-0000

Wright International Student Services
6405 Metcalf Ave Ste 504
Mission, KS 66202-3928