Exhibit A

Lot 22 Block 1 North Park Subdivision Amended in the City of Muskogee, Muskogee County, Oklahoma

AND

All of that part of Lot 2 (SW1/4 NW1/4), Lot 3 (NW1/4 SW1/4) and Lot 4 (SW1/4 SW1/4) lying East of Highway #16 (York Street) and North of Highway #62 (Shawnee By-Pass) and all of the SE1/4 of the NW1/4 and all of the NE1/4 of the SW1/4 and all of that part of the SE1/4 of the SW1/4 lying North of Highway #62 (Shawnee By-Pass) LESS the East 165 feet of the SE1/4 of the SW1/4 all in Section 18, Township 15 North, Range 19 East of the Indian Base and Meridian, Muskogee County, Oklahoma

LESS THE FOLLOWING DESCRIBED TRACT (shopping center)

A part of the SW1/4 of Section 18, Township 15 North, Range 19 East of the Indian Base and Meridian, Muskogee County, Oklahoma, being more particularly described as follows:

Beginning at the intersection of the Northerly right-of-way of the North frontage road along U.S. Highway #62 and the Easterly right-of-way of Oklahoma Highway #16 said point being the TRUE POINT OF BEGINNING; thence along said Easterly right-of-way as follows: thence North 01°37'14" West a distance of 256.31 feet; thence North 09°57'52" East a distance of 51.04 feet; thence North 01°37'14" West a distance of 93.69 feet; thence North 01°37'14" West a distance of 204.05 feet; thence North 88°22'46" East a distance of 607.98 feet; thence South 01°37'14" East a distance of 1078.00 feet to a point on the Northerly right-of-way of said frontage road, said point being in a curve;; thence along said Northerly right-of-way of said frontage road as follows; along said curve to the right having a radius of 2990.36 feet an arc length of 12.22 feet (chord baring and distance of N79°32'39"W, 12.22) to a point of compound curvature, thence along a curve to the right having a radius of 574.58 feet (chord bearing a distance of N78°25'37"W 194.58 feet) to the point of tangency; thence North 77°25'37" West a distance of 523.19 feet; thence North 52°56'05" West a distance of 398.00 feet; thence North 77°25'37" West a distance of 150.0 feet; thence North 47°25'37" West a distance of 18.87 feet to the TRUE POINT OF BEGINNING (containing 927,855 square feet or 21.3006 acres more or less)



EXHIBIT B