| Creditor | Amount w/o Inter | Interest Rate | Interest from (Date) | Total w Interest |
|---|---|---|---|---|
| MHEC, LLC | $ 1,395,486.71 | 0.18 | $ 44,949.00 | $ 1,756,783.95 |
| Thesis Americas, Inc. | $ 89,392.19 | 0.18 | $ 44,470.00 | $ 133,652.35 |
| Tinker Federal Credit Union | $ 20,600.28 | 0.0349 | $ 45,056.00 | $ 21,423.63 |
| Oklahoma Employment Security Commission | $ 65,321.20 | 0.12 | $ 44,379.00 | $ 88,836.83 |
| Phil Givens | $ 90,000.00 | unknown | | $ 90,000.00 |
| American Baptist Home Mission Society | $ 600,000.00 | unknown | $ 44,777.00 | $ 600,000.00 |
| College Tournaments Hawaii, LLC | $ 26,664.68 | unknown | | $ 26,664.68 |
| Total | | | | $ 2,717,361.44 |



EXHIBIT D