UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24–80487**
**Chapter: 11**

**FILED**
Mar. 13, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
Bacone College
2299 Old Bacone Rd
Muskogee, OK 74403–1568

Social Security No.:

Employer's Tax I.D. No.:
73–0590036

MINUTE ENTRY: Telephonic Hearing Held 3/13/2025 at 2:00 p.m. (RE: related document(s)111 Notice of Default filed by Creditor MHEC, LLC d/b/a Midgley–Huber Energy Concepts, 116 Objection filed by Debtor Bacone College). Appearances: Mary Kindelt, Office of the US Trustee; Ron D. Brown for the Debtor; Dr. Leslie Hanna, President of Bacome College; Mark A. Craige for Creditor MHEC, LLC; Stephen J. Moriarty, Sub V Trustee. Matter taken under advisement. (Corley, Cheryl)

Dated: March 13, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**