# Notice Recipients

District/Off: 1086–7  User: admin  Date Created: 3/13/2025
Case: 24–80487  Form ID: MinBK  Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| tr | Stephen J. Moriarty | smoriarty@fellerssnider.com |
| aty | Karen Carden Walsh | karen.walsh@usdoj.gov |
| aty | Mark A. Craige | mark.craige@crowedunlevy.com |
| aty | Mary Kindelt | mary.kindelt@usdoj.gov |
| aty | Ron D Brown | ron@ronbrownlaw.com |

TOTAL: 6