**Dated: March 24, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re: Bacone College

Case No.: 24−80487
Chapter: 11

Debtor(s).

RE: Notice of Default filed by MHEC, LLC d/b/a Midgley−Huber Energy Concepts

Filed: 2/28/2025

Docket Entry No.: 111

### ORDER

Having reviewed the record and pleadings in this matter, the Court hereby directs the Debtor to file by Noon on March 28, 2025, a Letter of Intent with specific details of a pending sale as requested and outlined by the Debtor in its Objection at ECF 116. If no Letter of Intent is filed with specific and concrete details of a sale as contemplated by the Modified Agreed Order between MHEC and the Debtor (ECF 94), this case shall be converted without further notice pursuant to the Notice of Default.

###