**Dated: March 28, 2025**

**The following is ORDERED:**



*/s/ Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BACONE COLLEGE, | ) | Case No. 24-80487 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### ORDER REGARDING
### MHEC'S MOTION TO EXTEND DEADLINE
### AND
### REQUEST FOR STATUS CONFERENCE

NOW, on the date of entry hereof, this matter came on before me, the undersigned Judge of the United States Bankruptcy Court, concerning the unopposed Motion filed March 28, 2025 [Doc. 129] (the "Motion"), by Creditor MHEC, LLC d/b/a Midgley-Huber Energy Concepts ("MHEC") moving this Court to extend the deadline for the Debtor to file a Letter of Intent with specific details of a pending sale as requested and outlined by the Debtor in its Objection at ECF 116 as ordered by the Court on March 24, 2025 [Doc. 124] and set the same for a status conference

on MHEC's notice of Default filed February 28, 2025 [Doc. 111] (the "Notice") to a date approximately 45 days from the filing of the Motion. The Court after review FINDS the Motion should be granted as follows:

1. The Notice is hereby set for a telephonic DIAL-IN Hearing on the 13th day of May, 2025 at 11:00 A.M. CDT. The hearing shall be a status conference on the Notice.

2. **Parties desiring to participate in this hearing shall DIAL-IN to the hearing, using the toll-free dial-in number of 918.800.1393 and the Access Code of 471 269 989 #.**

3. The deadline for the Debtor to file a Letter of Intent with specific details of a pending sale as requested and outlined by the Debtor in its Objection at ECF 116 as ordered by the Court on March 24, 2025 [Doc. 124] is hereby extended to 4:00 PM on the 12th day of May, 2025.

**IT IS SO ORDERED.**

####

**Submitted by:**

Mark A. Craige, OBA #1992
Alexander Sokolosky, OBA #33614

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 North Detroit Avenue
Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
alex.sokolosky@crowedunlevy.com

*Attorneys for MHEC, LLC*