**Dated: April 28, 2025**

 **The following is ORDERED:**



_Paul R. Thomas_
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Oklahoma

In Re:  Bacone College

                                        Case No.: 24–80487
                                        Chapter: 11

                   Debtor(s).


RE: Notice of Motion and Hearing filed by Pawnee Nation College

Filed: 4/25/2025

Docket Entry No.: 138


### <u>ORDER</u>

 The above–referenced Notice of Motion and Hearing is stricken for no motion on file.


                                        ###