UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 24–80487
Chapter: 7

**FILED**
May 23, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
Bacone College
2299 Old Bacone Rd
Muskogee, OK 74403–1568

Social Security No.:

Employer's Tax I.D. No.:
73–0590036

**Notice to file a Notice of Motion and Opportunity for Objections and Hearing and Certificate of Mailing**

NOTICE: The DE#163 Motion for Emergency Hearing to Determine the Legal Status of Real Property Occupied by Bacone College has been received. It is not in compliance with this Court's current Motion procedure. A Notice of Motion and Opportunity for Objection and Hearing was not filed with the Motion. A Certificate of Mailing of both the Motion and the Notice are required. The movant shall file Local Form 420A Notice in compliance with the Court hearing procedure found on the Court website. www.okeb.uscourts.gov. Notice of Motion due by 5/30/2025. (Ander)

Dated: May 23, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**