# Notice Recipients

District/Off: 1086–7   User: admin   Date Created: 5/23/2025
Case: 24–80487   Form ID: AdmClkBK   Total: 4

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   USTPRegion20.TU.ECF@usdoj.gov
aty   Karen Carden Walsh   karen.walsh@usdoj.gov
aty   Mary Kindelt   mary.kindelt@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr   Phil Stanley Givens   19918 East 766 Road   Tahlequah, OK 74464

TOTAL: 1