# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In Re:

Bacone College,                      Case No. 24-80487
                                           Chapter 7

## APPLICATION TO PAY ADMINISTRATIVE EXPENSE

Luke Homen, Trustee applies to this Court for an Order Approving and Authorizing Payment of Administrative Expenses to Muskogee Fence, 114 E Okmulgee, Muskogee, OK 74403, pursuant to 11 U.S.C. § 503. In support, the Trustee shows the Court as follows:

1. Luke Homen is the appointed Trustee in the above case.

2. Assets of the estate are located inside and on the grounds of Bacone College.

3. Due to the extensive size of the buildings, grounds and the value of estate property, Trustee required the services of Muskogee Fence to secure the entrances of the bankruptcy estate property.

4. Therefore, Trustee requests that he be authorized to pay the invoice of Muskogee Fence in the amount of $1,500.00. The bankruptcy estate has $6,682.22 of unencumbered funds to pay this administrative expense.

5. To the best of my knowledge and belief, Muskogee Fence, is a disinterested party and has no connections to the debtor(s), creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest, their attorneys and accountants.

WHEREFORE, Luke Homen, Trustee applies this Court for an Order Approving and Authorizing Payment of Administrative Expenses in the total amount of $1,500.00 to Muskogee Fence.

/s/ *Luke Homen*
Luke Homen, OBA #32243
Luke Homen Law
10313 Greenbriar Parkway
Oklahoma City, OK
Phone: (405) 639-2099
Fax:     (405) 252-1654
trustee@lukehomenlaw.com
Attorney for Trustee

**MUSKOGEE FENCE**
114 E. Okmulgee
Muskogee, OK 74403 US
+19186876432
muskogeefence@muskogeefence.com
www.muskogeefence.com



# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| Luke Homen | Luke Homen | **INVOICE #** 4669 |
| Luke Homen | Luke Homen | **DATE** 05/30/2025 |
| | | **DUE DATE** 06/15/2025 |
| | | **TERMS** Due on receipt |

**P.O. NUMBER**
Bacon College

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Installation | Approx 200' of temp fence and 1 gate opening all on Tposts and sand bags | 1 | 1,500.00 | 1,500.00 |

| | |
|---|---|
| SUBTOTAL | 1,500.00 |
| TAX | 0.00 |
| TOTAL | 1,500.00 |
| BALANCE DUE | **$1,500.00** |

Pay invoice