**Dated: June 17, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re:

Bacone College,                   Case No. 24-80487
                                                         Chapter 7

**ORDER APPROVING AND AUTHORIZING
PAYMENT OF ADMINISTRATIVE EXPENSE**

This Court after review and consideration of the Application to Pay Administrative Expenses finds the Application should be granted.

The Application was filed on June 2, 2025 and served on all parties of interest. Objections were due to filed by June 16, 2025. The deadline to object has passed and no objections were filed.

**IT IS THEREFORE ORDERED** that the administrative expense for a total sum of $1,500.00 to Muskogee Fence is approved as administrative expenses which the Trustee is hereby authorized to pay.

                                                                            ###

Applicant shall notice interested parties.

*/s/ Luke Homen*
Luke Homen, OBA #32243
Luke Homen Law
10313 Greenbriar Parkway
Oklahoma City, OK
Phone: (405) 639-2099
Fax: (405) 252-1654
trustee@lukehomenlaw.com
Attorneys for Trustee