**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

In Re:

Bacone College,

Case No. 24-80487
Chapter 7

**<u>APPLICATION TO PAY ADMINISTRATIVE EXPENSE</u>**

Luke Homen, Trustee applies to this Court for an Order Approving and Authorizing Payment of Administrative Expenses to Gail Shaffer, 2424 Canterbury Ave, Muskogee, OK 74403, pursuant to 11 U.S.C. § 503. In support, the Trustee shows the Court as follows:

1.  Luke Homen is the appointed Trustee in the above case.

2.  Gail Shaffer has been employed by Bacone College throughout their Chapter 11 and is currently still assisting in Registrar/Student Account Services. Services include transcript requests and degree help.

3.  These services are a necessary requirement of the college.

4.  Therefore, Trustee requests that he be authorized to pay the invoice of Gail Shaffer in the amount of $1,488.00. The bankruptcy estate has $30,794.88 of unencumbered funds to pay this administrative expense.

5.  To the best of my knowledge and belief, Gail Shaffer, (other than previously stated herein) is a disinterested party and has no connections to the debtor(s), creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest, their attorneys and accountants.

WHEREFORE, Luke Homen, Trustee applies this Court for an Order Approving and Authorizing Payment of Administrative Expenses in the total amount of $1,488.00 to Gail Shaffer.

See attached invoice

/s/ Luke Homen
Luke Homen, OBA #32243
Luke Homen Law
10313 Greenbriar Parkway
Oklahoma City, OK
Phone: (405) 639-2099
Fax:    (405) 252-1654
trustee@lukehomenlaw.com

2

# REGISTRAR/STUDENT ACCOUNT SERVICES

Gail Shaffer
2424 Canterbury Ave.
Muskogee, OK  74403
918-869-6352
shafferg@bacone.edu

| INVOICE # | 060121 |
|---|---|
| DATE: | 06/20/2025 |
| TERMS: | Net 10 |

# INVOICE

**BILL TO:**
Luke Homen, Trustee
Luke Homen, Turstee

## ACTIVITY

**Student Assistance**  (6/1/2025 – 6/7/2025)
Transcript Requests, Work on Accounts          21.0 hours @$24.00        $504.00

**Student Assistance**  (6/8/2025 – 6/14/2025)
Transcript Requests, Work on Accounts, Degree Help   21.0 hrs @ $24.00    $504.00

**Student Assistance**  (6/15/2025 – 6/21/2025)
Transcript Requests, Work on Accounts, Degree Help   20.0 hrs @$24.00     $480.00

| | |
|---|---|
| SUBTOTAL: | $1,488.00 |
| TAX | 0.00 |
| TOTAL | $1,488.00 |
| **BALANCE DUE** | **$1,488.00** |