**Dated: July 10, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re | ) |
|    Bacone College | ) Case Number: **24-80487-PRT** |
| Debtors | ) Chapter 7 |
| | ) |

### ORDER APPROVING JOINT COMPROMISE OF CONTROVERSY

   On June 25, 2025, Alex Sullivan of Luke Homen Law, PLLC, Attorney for Trustee Luke Homen in the above-captioned bankruptcy proceeding, filed with this Court a Motion to Approve Compromise of Controversy.

   The Motion was served on all interested parties pursuant to Bankruptcy Rule 1009. The Motion was served on all interested parties pursuant to Local Bankruptcy Rule 9007. The deadline to object or otherwise respond to the pleading has expired without an Objection being filed.

   The Court finds the following compromise of controversy is a fair, adequate and

reasonable compromise between varied and conflicting interests and is in the best interest of the Estate:

The parties have agreed to compromise the improper transfer of $16,410.99 of Bacone College funds to pay a personal debt of Leslie Hannah, former president of Bacone College. The Debtor has agreed to pay the estate $16,410.98, and such payment has already been transmitted to the Bankruptcy Trustee as a show of good faith.

The Trustee hereby releases any and all interest that the Bankruptcy Estate of Bacone College, Case Number 24-80487 in and to the January 31, 2025 transfer of $16,410.99 the Trustee alleges was used to pay for the personal debt of Leslie Hannah.

**IT IS ORDERED, ADJUDGED AND DECREED** the Agreed Motion to Compromise Controversy is granted and the Court authorizes the Trustee to accept the compromise as it is stated.

IT IS SO ORDERED.

###

APPROVED FOR ENTRY:

By: /s/ Alex Sullivan
Alex Sullivan, OK Bar #33618
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
phone: (405) 639-2099
fax: (405) 252-1654
alex@lukehomenlaw.com
Attorneys for the Trustee