**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **BACONE COLLEGE,** | ) | **Case No. 24-80487** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

# CREDITOR AMERICAN BAPTIST HOME MISSION SOCIETY'S LIMITED GLOBAL OBJECTION TO TRUSTEE'S AMENDED MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE ESTATE OUTSIDE NORMAL COURSE OF BUSINESS CONSISTING OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. §363(F)

Creditor, American Baptist Home Mission Society ("ABHMS"), by and through undersigned counsel, submits this limited global objection to Trustee's Motion for Order Authorizing Sale of Substantially All of the Assets of the Estate Outside Normal Course of Business Consisting of Real Estate and Personal Property Free and Clear of Liens, Claims, Encumbrances or Interests Pursuant to 11 U.S.C. §363(f) (Doc. 524) (the "Amended Motion to Sell") if the ultimate sale is to a bidder other than Oppenheimer Development Properties, LLC ("ODP") as the highest and best bidder pursuant to its Acquisition Agreement with Luke Homen, Trustee, and states as follows:

1. The real property ABHMS Quit Claim deeds to Bacone College contains various rights, including rights that title "shall revert" to ABHMS upon certain conditions, including that "Bacone College" ceases to exist.

(See Quit Claim Deed to Bacone College dated Aug. 13, 1986, recorded in Muskogee County in Book 1865 Pages 24-25 attached as Exhibit 1, Quit Claim Deed to Bacone College dated Aug. 13, 1986, recorded in Muskogee County in Book 1865 Pages 26-27 attached as Exhibit 2, and Quit Claim Deed to Bacone College dated Aug. 9, 1990, recorded in Muskogee County in Book 2057 Pages 24-25 attached as Exhibit 3)

2. ABHMS does not object to the Amended Motion to Sell to the extent the proposed Acquisition Agreement (Doc. 524, Exhibit A) is the operative Acquisition Agreement and only in such case ABHMS will waive, release, assign, or relinquish its existing claims, mortgage, or other rights relating to the Bacone College Assets, including but not limited to "any claim of recovery, equity, reverter, forfeiture…" in exchange for the proposed payment and treatment described in Article IX of the Acquisition Agreement.

3. These rights are hereinafter referred to as "ABHMS Restrictions." ABHMS agrees to waive and will release, assign, or relinquish any and all ABHMS Restrictions and its existing claims, mortgages, or other rights, including its reversionary interests relating to the Bacone College Assets pursuant to the Acquisition Agreement and consents to an Order providing transfer free and clear of such ABHMS Restrictions of whatever nature, and agrees to and will waive and release such restrictions in conjunction with a conveyance by the Trustee to ODP pursuant to the Acquisition Agreement.

4. ABHMS reserves, and explicitly does not waive, release, assign, or relinquish any ABHMS Restrictions, including existing claims, mortgage, or other rights, including its reversionary interests relating to the Bacone College Assets in the event anyone other than ODP is the best, highest and successful bidder.

5. ABHMS previously filed a creditor's claim is this matter, Claim No. 19, on September 5, 2024, in the amount of $797,034.00, with $600,000 of the claim being secured. The Acquisition Agreement provides for payment of the sum of $600,000 to satisfy the Mortgage from sales proceeds and allowance of an unsecured claim of $197,034. Nothing asserted in this Limited Objection shall be deemed to affect said claim or the proposed treatment of its claim.

**WHEREFORE**, Creditor, American Baptist Home Mission Society respectfully requests that the Court grant the Amended Motion to Sell to the proposed purchaser, ODP, free of ABHMS Restrictions, subject to the express reservation of American Baptist Home Mission Society's rights as set forth above if another purchaser other than ODP is the successful high bidder, which in such instance it expressly reserves, and to grant such other relief as the Court deems just and proper.

Respectfully submitted,

_/s/Ryan T. Sharnell_____________________________

Ryan T. Scharnell, OBA #30244
LATHAM, KEELE, LEHMAN,
RATCLIFF, CARTER & CLARKE, P.C.
1515 E. 71[ST] Street, Suite 200
Tulsa, OK 74136
Telephone: (918) 970-2000
Facsimile: (918) 970-2002
rscharnell@law-lkl.com

***Counsel for American Baptist Home Mission Society***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2026, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties receiving notice in this case via the CM/ECF system, and, all other persons who have previously filed Entries of Appearance and Requests for Notices herein including, but not limited to, those persons listed on the matrix on file herein and attached hereto.

_/s/Ryan T. Sharnell_____________________________

Label Matrix for local noticing
1086-7
Case 24-80487
Eastern District of Oklahoma
Muskogee
Wed Nov  4 08:14:50 CST 2026

A-1 Auto Repair
c/o E Brewer, Sr
110 Douglas St
Muskogee, OK 74401-4165

AAdvantage Laundry Systems
7626 E 46th Pl
Tulsa, OK 74145-6308

ACME-Reese Air Conditioning
304 Callahan St
Muskogee, OK 74403-5128

AT&T
819 W Shawnee Byp
Muskogee, OK 74401

Aceco Rentals & Sales, Inc.
c/o David Russell
1125 W Shawnee St
Muskogee, OK 74401-3405

Anthony L. Allen
Anthony L. Allen, Attorney
1800 S. Baltimore Ave.
Ste 610
Tulsa, OK 74119-5208

(p)ALLIANCE FUNDING GROUP
ATTN BRIAN KNOX
18231 IRVINE BOULEVARD
TUSTIN CA 92780-3432

Chance Allison
Finley & Cook, CPA
601 N. Broadway
Shawnee, OK 74801-6201

AlumniSync
Po Box 2309
Mt Pleasant, SC 29465-2309

Amanda Seney
4127 E 130th Pl N
Skiatook, OK 74070-3599

Amanda Seney
6005 Nw 54th St
Oklahoma City, OK 73122-6003

American Baptist Home Mission Society
Rev. Jeffrey Haggray, Executive Director
1075 First Avenue
King of Prussia, PA 19406-1396

American Baptist Home Mission Society
1075 First Avenue
King of Prussia, PA 19406-1396

American Baptist Home Mission Society
Ryan T. Scharnell
15 East 5th Street, Suite 4100
Tulsa, OK 74103-4305

American Document Shredding, LLC
c/o D Herneisen
7254 E 38th St
Tulsa, OK 74145-3230

Arctic Sales & Leasing
7890 E 11th St
Tulsa, OK 74112-5738

BIGGSMITTY. LLC
c/o Stephen Smitherman
7820 PEARL STREET
Wheatland, OK 73097

BSN Sports, LLC
624 S Denver Ave Ste 300
Tulsa, OK 74119-1075

BSN Sports, LLC
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215-3161

Bacone College
2299 Old Bacone Rd
Muskogee, OK 74403-1568

Balackbaud
65 Fairchild St
Daniel Island, SC 29492-7541

Barrow & Grimm, PC
110 W Seventh Street, Suite 900
Tulsa, OK 74119-1258

Beam Insurance Administrators, LLC
10300 Greenbriar Pl
Oklahoma City, OK 73159-7653

Berman & Rabin PA
2575 Kelley Pointe Pkwy Suite 100
Edmond, OK 73013-2916

Bethany College
31 E Campus Dr
Bethany, WV 26032-3002

Brandon Craig Bickle
GableGotwals
110 N. Elgin Ave.
Ste 200
Tulsa, OK 74120-1495

BiggSmitty LLC
P.O. Box #71
Wheatland Oklahoma 73097-0071
,

Bradford Stewart
50 N. Virginia Street
Crystal lake, IL 60014-4126

Ron D Brown
Ron Brown
1635 E. 11th St.
Tulsa, OK 74120-4860

Btzalel Hirschhorn
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415-3606

C&C Cooling
4629 W Rogers Blvd Ste A
Skiatook, OK 74070-3922

Cards Waste Management and Recycling
2839 E. Township St
3739 N Steele Blvd Suite 300
Fayetteville, AR 72703-5399

Christopher Carl Turner Jr.
Oklahoma State Regents for Higher Educat
655 Research Parkway, Suite 200
Oklahoma City, OK 73104-6217

Christopher Turner Jr.
655 Research Parkway
Suite 200, ATTN: Legal
Oklahoma City, OK 73104-6276

City of Muskogee
229 W Okmulgee St
Muskogee, OK 74401-7033

City of Muskogee
Post Office Box 1927
Muskogee, OK 74402-1927

College Tournaments Hawaii, LLC
c/o Scott P. Kirtley, Esquire
Riggs, Abney
502 West 6th Street
Tulsa, OK 74119-1016

College Tournaments Hawaii, LLC
190 Ke Ala Nohana Rd #22B
Honolulu, HI 96817-1554

College Tournaments Hawaii, LLC
Tyler A. Stephens, Esquire
Riggs, Abney
502 West 6th Street
Tulsa, OK 74119-1016

Community Care HMO, Inc
c/o G. Gill
2 W 2nd St Ste 100
Tulsa, OK 74103-3121

Corectec
PO Box 7275
Athens, GA 30604-7275

Mark A. Craige
Crowe & Dunlevy
222 N. Detroit Ave.
Suite 600
Tulsa, OK 74103-2415

DMI Restoration Inc.
7122 S Sheridan Rd # 451
Tulsa, OK 74133-2774

Lewis Dakil
200 N.W. 114th
Oklahoma City, OK 73114-6907

Hannah Davis
Luke Homen Law, LLC
10313 Greenbriar Pkwy
Oklahoma City, OK 73159-7648

Debt Go Collection and Recovery Services
PO Box Box 16657
Kansas City, MO 64133-0757

Discount Tires
c/o Mike Wiseman
503 N 32nd St
Muskogee, OK 74401-2073

ERC Expert Group LP
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415-3606

ERC Recovery Group
4801 Woodway Dr Ste 420W
Houston, TX 77056-1822

Ecolab Inc.
1833 S Morgan Rd
Oklahoma City, OK 73128-7004

Elsevier Inc
201 Se 2nd Ave Ste 201
Gainesville, FL 32601-5808

Endex, Inc., of Tulsa
c/o E. Moore
10827 E Marshall St Ste 107
Tulsa, OK 74116-5663

FA Solutions LLC
600 1st Ave N Ste 302
St Petersburg, FL 33701-3609

Federal Student Aid
A Division of the US Dept of Education
830 First Street NE
Washington, DC 20002-8058

Felkner Sanders and Associates
3033 NW 63rd Street Suite 100E
Oklahoma City, OK 73116-3607

Firstar Bank
510 N Main St
Muskogee, OK 74401-6345

FleetCor Technologies, Inc.
3280 Peachtree Rd Ne Ste 2400
Atlanta, GA 30305-2453

G4 SSL Bat Testing Solutions, LLC
1947 Crestview Dr
Moscow, ID 83843-9657

GE Money Bank/ Amazon
901 Main Ave
Norwalk, CT 06851-1168

Tim Gallegly
Crowe & Dunlevy
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-6417

Phil Stanley Givens
19918 East 766 Road
Tahlequah, OK 74464-0526

Nina Ground
2614 Boston St.
Muskogee, OK 74401-5119

Guard Tronic
127 South Lee
Fort Gibson, OK 74434

John Edward Harper Jr
Barrow and Grimm PC
110 W 7th Street, Ste 900
Tulsa
Tulsa, OK 74119-1044

David Herber
GableGotwals
499 W. Sheridan Ave.
Ste 2200
Oklahoma City, OK 73102-5045

Herff Jones
P.O. Box 68501
Indianapolis, IN 46268-0501

(p)LUKE HOMEN
10313 GREENBRIAR PKWY
OKLAHOMA CITY OK 73159-7648

Luke Homen, Trustee
Luke Homen Law PLLC
10313 Greenbriar Pkwy
Oklahoma City, OK 73159-7648

Huntington LLC
c/o J. Morgan
303 Linwood Ave
Fairfield, CT 06824-4961

Internal Revenue Service
55 N Robinson Ave
Oklahoma City, OK 73102-9229

Internal Revenue Service
POB 7346
Philadelphia PA 19101-7346

J2 Global Canada
New York, NY 10011

JMR Florida Capital LLC
701 Brickell Ave Suite 1550
Miami, FL 33131-2824

Jason Seney
4127 E 130th Pl N
Skiatook, OK 74070-3599

Johnstone Supply
c/o A Temple
1640 E Kemper Rd
Cincinnati, OH 45246-2806

Kanati Strategies, LLC
25981 E 161st St S
Coweta, OK 74429-5313

Mary Kindelt
DOJ-Ust
P.O. Box 3044
Tulsa, OK 74101-3044

Kinsale Insurance Company
2035 Maywill Street 100
Richmond, VA 23230-3215

(p)SCOTT P KIRTLEY
502 W 6TH STREET
TULSA OK 74119-1016

Kone Inc.
3701 Sw 29th St
Oklahoma City, OK 73119-1248

(p)LIBERTY MUTUAL INSURANCE
175 BERKELEY STREET
BOSTON MA 02116-3350

Laundauer, Inc.
2 Science Rd
Glenwood, IL 60425-1586

Lexington Insurance Company
c/o Hull and Company LLC
501 SE Frank Phillips Dr
Bartlesville, OK 74003-3913

Lexipol Services
2611 Internet Blvd Ste 100
Frisco, TX 75034-9085

Liberty Mutual Insurance
PO Box 91013
Chicago, IL 60680-1171

Locke Supply Co.
Po Box 24980
Oklahoma City, OK 73124-0980

MBS Direct LLC
2711 W Ash St
Columbia, MO 65203-4613

MHEC, LLC
c/o Crowe Dunlevy, Attn. Mark A. Craige
222 N. Detroit, 6th Floor
Tulsa, OK 74103-2400

MHEC, LLC
c/o E Harper, Jr
110 W 7th St
Tulsa, OK 74119-1031

Mark Craig
321 S Boston 500
Crowe and Dunlevy
Tulsa, OK 74103-3313

Marvin's Mowers and Outdoor LLC
c/o W Seabolt
2000 N York St
Muskogee, OK 74403-1455

John Mashburn
John Mashburn, Attorney at Law
1616 E 19th St., Ste 301A
Edmond, OK 73013-6519

John D. Mashburn
John Mashburn, Attorney At Law
1616 E 19th Street
Suite 301A
Edmond, OK 73013-6519

Robin Carter Mayes
3016 Groveland Terrace
Denton, TX 76210-0556

Mayes Auto Repair
136 Iola St
Muskogee, OK 74401-4457

Gary M. McDonald
McDonald Law, PLLC
15 West 6th Street
Suite 2606
Tulsa, OK 74119-5413

McIntosh Service LLC
Po Box 472208
Tulsa, OK 74147-2208

Michael J. McMillin
Munson McMillin Madduri & Williams, P.C.
247 North Broadway
Edmond, OK 73034-3707

MedPro Waste Disposal
1751 W Diehl Rd Ste 400
Naperville, IL 60563-4914

Stephen J. Moriarty
Fellers Snider
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-8820

Muskogee Chamber of Commerce
310 W Broadway St,
Muskogee, OK 74401-6610

Muskogee City County Enhanced 911 Trust Auth
Po Box 1911
Muskogee, OK 74402-1911

Muskogee Emergency Management
229 W Okmulgee Ave
Muskogee, OK 74401-7033

Muskogee Golf Club
2400 N Country Club Road
Muskogee, OK 74403-1807

Mutual of Omaha
3300 Mutual of Omaha Plz
Omaha, NE 68175-1004

NAIA
120 W 12th St Ste 700
Kansas City, MO 64105-1940

National Bus Sales
c/o A Henshaw
8649 S Regency Dr
Tulsa, OK 74131-3626

Nicky Michael
6707 NW 8th St
Oklahoma City, OK 73127-5411

O'Reilly Automotive
1833 S Morgan Rd
Oklahoma City, OK 73128-7004

OG&E
c/o H Sultemeier
321 N Harvey Ave Mc 1105
Oklahoma City, OK 73102-3405

Oak Hall Industries
Po Box 1078
Salem, VA 24153-1078

Office of the United States Trustee
Office of the AUST, Karen Walsh
PO Box 3044
Tulsa, OK 74101-3044

Ohio Security Insurance Company
175 Berkeley St
Boston, MA 02116-5066

Oil Express
101 E Okmulgee St
Muskogee, OK 74403-5452

Okie Flow Fitness
2910 S York St
Muskogee, OK 74403-8881

Oklahoma Employment Security Commission
Robert C. Newark, III, Attorney
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Employment Security Commission
Po Box 52003
Oklahoma City, OK 73152-2003

Oklahoma Employment Security Commission
Robert C. Newark, III
P.O. Box 53039
Oklahoma City OK 73152-3039

Oklahoma Labor Law
409 Ne 28th St Fl 3
Oklahoma City, OK 73105-4215

Oklahoma Labor Law Posters
23855 Gosling Rd
Spring, TX 77389-3742

Oklahoma Natural Gas
Po Box 401
Oklahoma City, OK 73101-0401

Oklahoma Tax Commission
201 W 5th St. Ste. 400
General Counsel's Office
Tulsa, OK 74103-4211

(p)OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

Oklahoma Tax Commission
Oklahoma City OK 73194-0001

OneNet
655 Research Pkwy Ste 150
Oklahoma City, OK 73104-6276

Oppenheimer Development Properties, LLC
321 S Boston
Suite 200
Tulsa, OK 74103-3304

Optimum
2510 Elliott St
Muskogee, OK 74403-3958

Pawnee Nation College
Philip O. Watts
1000 W. Wilshire, Ste 362
Nichols Hills, OK 73116-7034

Charles N. Persing
Bederson LLP, CPA
100 Passaic Avenue
Suite 310
Fairfield, NJ 07004-3508

Phil Givens
19918 E 766 Rd
Tahlequah, OK 74464-0526

Phil Givens
318 N F St
Muskogee, OK 74403-4140

Phillips Family Catering LLC
17488 W 925 Rd
Park Hill, OK 74451

PikePass Customer Service Center
PO Box 268803
Oklahoma City, OK 73126-8803

Pipestem Law P.C
401 S Boston Ave Ste 2200
Tulsa, OK 74103-4058

Pipestem Law, P.C.
401 S. Boston Suite 2200
Tulsa, OK 74103-4058

Pitney Bowes
3001 Summer St
Stamford, CT 06905-4317

Posey County Treasurer
126 E 3rd St Rm 211
Mount Vernon, IN 47620-1876

PrestoSports, LLC
726 N Greenfield Rd
Gilbert, AZ 85234-5063

Restaurant Technologies, Inc.
2250 Pilot Knob Rd Ste 100
Saint Paul, MN 55120-1127

Reynolds, Riding, Vogt & McCart
Suite 1010
101 Park Avenue
Oklahoma City, OK 73102-7251

Ricoh Ge Capital
300 Eagleview Blvd Ste 200
Exton, PA 19341-1155

Ricoh-USA, Inc.
3920 Arkwright Rd., Suite 400
Macon GA 31210-1748

Riggs, Abney, Neal, Turpen, Orbison & Le
Po Box 470248
Tulsa, OK 74147-0248

Lisa Robertson
Reynolds, Ridings, Vogt & Robertson, PLL
101 Park Avenue
Suite 1010
Oklahoma City, OK 73102-7251

Ryan Scharnell
Latham Keele Lehman Ratcliff Carter & Cl
1515 E 71st St
Ste 200
Tulsa, OK 74136-5039

Scott P. Kirtley, Esquire
Riggs, Abney
502 West 6th Street
Tulsa, Oklahoma 74119-1016

Scrip-Safe Security Products
136 Commerce Dr
Loveland, OH 45140-7726

Southern Labware
Po Box 1671
Cumming, GA 30028-1671

State of Oklahoma Unemployment Employment Se
PO Box Box 52003
Oklahoma City, OK 73152-2003

Stewart 360
1918 W 36th Ave
Kansas City, KS 66103-2103

Christopher Stoller
415 Wesley Street Ste 39
Oak Park, IL 60302-3960

Alexander Sullivan
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, OK 73159-7648

TaskStream by Watermark
BN: Quarry Oaks II
10900 Stonelake Blvd Ste 350
Austin, TX 78759-5795

Thesis America, Inc.
120 S Central Ave
Saint Louis, MO 63105-1705

Thomas Howard
643 North 18th St
Muskogee, OK 74401-3016

Tinker Federal Credit Union
Bart A. Boren
Hall & Ludlam, P.L.L.C.
210 Park Avenue, Suite 3001
Oklahoma City, Oklahoma 73102-5649

Tinker Federal Credit Union
Po Box 45750
Oklahoma City, OK 73145-0750

Trajecsys Corporation
1800 Mendon Rd Ste E-219
Cumberland, RI 02864-4300

Tyler A. Stephens, Esquire
Riggs, Abney
502 West 6th Street
Tulsa, OK 74119-1016

U.S. Department of Education
400 Maryland Ave, SW
Washington, DC 20202-0008

US Department of Education
400 Maryland Ave. SW
Washington DC 20202-0001

US Security and Exchange Commission
175 W. Jackson Boulevard
Chicago, IL 60604-2615

USDA
109 Kerr Blvd
LeFlore County FSA
Poteau, OK 74953-5231

United Keetoowah Band Corp
18263 W Keetoowah Cir
Tahlequah, OK 74464-3492

United States Attorney
Eastern District of Oklahoma
520 Denison Ave.
Muskogee OK 74401-6007

United of Omaha Life Insurance Co.
c/o Mutual of Omaha Plaza
Omaha, NE 68175-0001

Vision Service Plan
1106 Classen Dr Ste 205
Oklahoma City, OK 73103-2608

Karen Carden Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Philip O. Watts
WATTS & WATTS PC
101 N Robinson Ste 501
Oklahoma City, OK 73102-5503

Wells Fargo Vendor Financial
211 N Robinson Ave Ste N1600
Oklahoma City, OK 73102-7113

Wells Fargo Vendor Financial Services LLC
P O Box 13708
Macon, GA 31208-3708

West Termite and Pest Control
2320 W. Shawnee St.
Muskogee, OK 74401-2228

Williams & Williams Marketing Services, Inc.
2448 E. 81st Street, Suite 2600
Tulsa, OK 74137-4212

Williams Boren & Associates PC
Suite 200
401 North Hudson
Oklahoma City, OK 73102-3487

Wright International Student Services
6405 Metcalf Ave Ste 504
Mission, KS 66202-3928

Ed Zabar
Verif-y Inc.
3675 Market St 8th Fl
Philadelphia, PA 19104-5762

eMobileCampus
325 W Capitol Ave Ste 200
Little Rock, AR 72201-3552

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance Funding Group
Attn: Brian Knox
17542 17th St. Ste. 200
Tustin, CA 92780

(d)Alliance Funding Group
17542 17th Street
Suite 200
Tustin, CA 92780

Luke Alan Homen
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, OK 73159

Scott P. Kirtley
Attorney At Law
Riggs, Abney Law Firm
502 West 6th Street
Tulsa, OK 74119-1016

LIBERTY MUTUAL INSURANCE
100 LIBERTY WAY
DOVER, NH 03820

Oklahoma Tax Commission
2501 N Lincoln Blvd
Oklahoma City, OK 73105-4508

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bacone College Development Corporation

(d)College Tournaments Hawaii, LLC
c/o Scott P. Kirtley, Esquire
Riggs, Abney
502 West 6th Street
Tulsa, OK 74119-1016

(d)Luke Homen, Trustee
Luke Homen Law PLLC
10313 Greenbriar Pkwy
Oklahoma City, OK 73159-7648

(u)MHEC, LLC d/b/a Midgley-Huber Energy Conce

(u)ONE Gas, Inc.

(u)Pawnee Nation College

(d)Phil Givens Co
19918 E 766 Rd
Tahlequah, OK 74464-0526

(d)Phil Givens Company
19918 E 766 Rd
Tahlequah, OK 74464-0526

(d)Pitney Bowes Inc.
3001 Summer St
Stamford, CT 06905-4317

(u)Thesis America Inc.
c/o Reynolds, Ridings, Vogtr & Robertson
101 Park Ave., Suite 1010
Oklahoma City US

(d)Wells Fargo Vendor Financial Services, LLC
P.O. Box 13708
Macon, GA 31208-3708

End of Label Matrix
Mailable recipients 177
Bypassed recipients 11
Total 188